IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RICHARD C. DACHEFF, III                                                      PLAINTIFF

V.                              CASE NO. 5:15-cv-03113

SHERIFF RANDY MAYFIELD, Carroll
County, Arkansas; WARDEN DANNY
HICKMAN; NURSE CRYSTAL BRINTON;
LIEUTENANT JAUN CRIBBS; SERGEANT
ANDREA MORRELL; OFFICER
LIZ MARTINEZ (SALADONA); and
OFFICER PRUITT                                                               DEFENDANTS

## OPINION AND ORDER

This is a civil rights case filed by the Plaintiff Richard C. Dacheff, III, under the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *in forma pauperis* and *pro se*. When he filed this case, Plaintiff was incarcerated in the Carroll County Detention Center (CCDC). Subsequently, he was released and is no longer incarcerated.

By order (Doc. 37) entered on November 17, 2016, the Defendants' motion to compel was granted. Plaintiff was directed to provide Defendants with discovery responses by December 5, 2016.

On December 6, 2016, Defendants filed a motion to dismiss (Doc. 38) stating they had not received the discovery responses. On December 28, 2016, a show cause order (Doc. 40) was entered. Plaintiff was given until January 17, 2016, to show cause why this action should not be dismissed based on his failure to comply with the Court's order. Plaintiff was advised that failure to respond to the show cause order would result in the dismissal of the case.

Plaintiff did not respond to the show cause order. The order was not returned as

undeliverable. Plaintiff has not communicated with the Court in anyway. On February 2, 2017, Defendants filed another motion to dismiss (Doc. 41).

For these reasons, the Defendants' motion to dismiss (Docs. 38 & 41) are granted. This case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute this action and failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED** this 13th day of February, 2017.

/s/ TIMOTHY L. BROOKS
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE